UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

                              Plaintiff,

                                                                       <u>ORDER</u>

                                                                        00-CR-6155L

      v.

ROBERT J. AMICO,

                              Defendant.
_____

      By letter dated July 23, 2007, counsel for Robert J. Amico requested a modification of Amico's conditions of release. Defendant seeks to remove the home-detention condition and impose a 9:00 p.m. to 6:00 a.m. curfew instead. By letter dated July 24, 2007, the Government opposes the application.

      After considering the nature of the request, Amico's prior compliance with the release conditions, his present motion is granted. The home-detention condition is removed, and the Court hereby imposes a 9:00 p.m. to 6:00 a.m. curfew each day, unless Amico obtains prior approval from his supervising probation officer for exceptions to the curfew.

      IT IS SO ORDERED.

                                                      _____
                                                          DAVID G. LARIMER
                                                  United States District Judge

Dated: Rochester, New York
       July 26, 2007.