AO 245B (Rev. 12/03) Judgment in a Criminal Case
Sheet 1

KDL:eaf (3345)

# UNITED STATES DISTRICT COURT

WESTERN District of NEW YORK

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | |
| | Case Number: 6:06CR-DISTRICT |
| ROBERT J. AMICO | USM Number: 08277-055 |
| | Matthew L. Lembke |
| | Defendant's Attorney |

**THE DEFENDANT:**

☒ pleaded guilty to count(s)  2 & 3

☐ pleaded nolo contendere to count(s) _____ which was accepted by the court.

☐ was found guilty on count(s) _____ after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18:225 | Continuing Financial Crimes Enterprise | January 2000 | 2 |
| 18:371 | Conspiracy to Commit Bank and Mortgage Fraud | January 2000 | 3 |

The defendant is sentenced as provided in pages 2 through __6__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☒ Count(s)  remaining as to the defendant  ☐ is  ☒ are  dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

March 3, 2008
Date of Imposition of Judgment

_/s/ David G. Larimer_
Signature of Judge

ATTEST: A TRUE COPY
U.S. DISTRICT COURT, WDNY
RODNEY C. EARLY, CLERK

By _____
Deputy Clerk
**MAR 0 7 2008**
Original Filed _____

Honorable David G. Larimer, U.S. District Judge
Name and Title of Judge

March 7, 2008
Date

DEFENDANT: ROBERT J. AMICO
CASE NUMBER: 6:00-CR-06155-002

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

**Count 2: One Hundred Thirty-Two (132) months,
Count 3: Sixty (60) Months, to be served concurrently with each other.**

**The defendant is to receive credit for time already served.**

☒ The court makes the following recommendations to the Bureau of Prisons:

The defendant serve his sentence as close to Rochester, NY as possible, preferably McKean or Allenwood.

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

    ☐ as notified by the United States Marshal.

☒ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____ .

    ☒ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on 04-22-2008 to FCI McKean a Bradford, PA 16701 , with a certified copy of this judgment.

Francisco J. Quintana, Warden
UNITED STATES MARSHAL

By W. Young, L.I.E.
DEPUTY UNITED STATES MARSHAL