UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
PROBATION OFFICE
900 U.S COURTHOUSE
75 SPRING STREET, S W
ATLANTA, GEORGIA 30303-3309

THOMAS W. BISHOP
CHIEF PROBATION OFFICER

(404) 215-1950
FAX (404) 331-0160

April 3, 2015

The Honorable David G. Larimer
U.S. District Judge
Western District of New York

RE:   Robert J. Amico
      DOCKET #: 6:00-CR-06155-022
      **Response to Request for Early Termination**

Dear Judge Larimer:

On July 27, 2012, Mr. Amico began his term of supervised release in the Northern District of Georgia. Mr. Amico has complied with all of his standard and special conditions of supervised release. Further, a criminal record check revealed no new arrests. Mr. Amico was ordered to pay $15,544,169.00 in Restitution. As of 03/31/2015, he has paid $286,157.21 and has an outstanding balance of $15,264,712.94. A financial review verifies that he has made his required monthly payments of 10% of gross monthly income earned. Financial documents submitted

Mr. Amico currently resides in Roswell, GA with his daughter and girlfriend. He is employed at the Southern Patio Living in Roswell, GA, which he has maintained since his release onto supervision.

At this time, this officer does not object to Mr. Amico's request for early termination from supervised release.

Sincerely,

S. Michelle Robinson
U. S. Probation Officer

**Reviewed By:**

*Donna High*   Donna High
               Apr 3 2015 9:32 AM
               CoSign

Donna M. High                    Date
Supv. U. S. Probation Officer

**Decision of Judge:**

[✗] Agree with Probation Officer's Recommendation — *Early termination*

[ ] Take Following Action:


_____    _____
Honorable David G. Larimer            Date  April 14, 2015
U.S. District Judge